ACCEPTED
03-15-00521-CV
8414046
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 3:54:21 PM
JEFFREY D. KYLE
CLERK

**03-15-00521-CV**

**In The Texas Court of Appeals**
**Third District at Austin**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2015 3:54:21 PM
JEFFREY D. KYLE
Clerk

**ROGER FAY**, *Appellant*

v.

**TEXAS A&M UNIVERISTY; GEOCHIMICAL AND ENVIRONMENTAL RESEARCH GROUP; THE COLLEGE OF GEOSCIENCES AND MARITIME STUDIES; DR. RAY BOWEN; DR. ROBERT DUCE; DR. NORMAN GUINASSO; DR. ROGER SASSEN; AND DR. DAVID SCHINK,**
*Appellees*

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT NO. 97-08888, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

_____

**APPELLANT'S FIRST AMENDED MOTION TO**
**REINSTATE APPEAL**

_____

C. Bryan Cantrell
State Bar No. 00793459
Cantrell, Ray & Barcus, LLP
**P.O. Box 1019**
**Huntsville, Texas   77342**
**Tel: 936-730-8541**
**Fax: 936-730-8535**

**Counsel for Appellant**

TO THE HONORABLE APPEALS COURT OF TEXAS:

1.     Appellant, Movant, Roger Fay, requests this Court to reverse its decision to dismiss his Appeal.  Appellant never received notice of the briefing schedule or any other correspondence from the Court until after the Court had dismissed Fay's appeal for want of prosecution.

2.     Movant's counsel, Bryan Cantrell, never received notice of a briefing schedule or any other communication from the Court due to a problem with Counsel's electronic mail system.  Cantrell retired an older computer in the Fall of 2015 and replaced the computer with a new system.  Unbeknownst to counsel, the computers were both set up with Microsoft Outlook.  Because of the security system for Cantrell's firm, the IP address assignment for the two computers would capture incoming emails.  If the older computer was on, at the office and on the same wireless service, it would capture emails directed to Cantrell without posting the same emails to the new computer.  Essentially, because Outlook periodically updated current emails, the two computers would capture emails upon the "receive" function.  However, the emails captured by the separate computers were not shared with the other computer.

3.     Cantrell's office only recently discovered the origin of the problem and have since corrected the matter.  However, because the retired computer was having difficulties operating, we could not retrieve any of the correspondence on that

2

computer. Cantrell's office has also established new procedures in an attempt to correct any future problems, including copies of correspondence automatically directed to paralegal support staff.

4. The errors in Cantrell's office were not a result of negligence or conscience indifference. The errors were solely the product of an electronic issue that Cantrell could not have anticipated.

## CONCLUSION AND PRAYER

For the reasons asserted above, Appellant respectfully asks this Court to reinstate this appeal.

Respectfully submitted,

CANTRELL, RAY & BARCUS, LLP

By:     /s/ C. Bryan Cantrell    .
       C. Bryan Cantrell
       Texas Bar No. 00793459
       P.O. Box 1019
       Huntsville, Texas 77342
       (936) 730-8541 Telephone
       (936) 730-8535 Fax
       bryan@crblawyers.com

## CERTIFICATE OF CONFERENCE

Counsel for Appellant contacted counsel for Appellees, Laura Barber, who stated Appellees are opposed to this Motion.

By:     /s/ C. Bryan Cantrell     .
        C. Bryan Cantrell

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document has been delivered according to the Tex. R. App. P. to all counsel of record on this 30th day of December, 2015.

William T. Deane
Laura Barber
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
*By E-file and/or fax*

By:     /s/ C. Bryan Cantrell     .
        C. Bryan Cantrell